UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. #: 04-10805-RCL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
ALICIA ALLEN,                          \*
PLAINTIFF                              \*
                                       \*
VS.                                    \*
                                       \*
SUNBRIDGE HEALTHCARE                   \*
CORPORATION,                           \*
DEFENDANT                              \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CONFERENCE AFFIDAVIT OF ATTORNEY SIMON DIXON IN ACCORDANCE WITH LOCAL RULE 7.1

I, Simon Dixon, Esq., say and depose the following:

1. I represent Plaintiff Alicia Allen in the above-referenced matter;

2. I have discussed remand of plaintiff's case to Superior Court with defendant's counsel, David Kerman, on May 14, 2004 and May 20, 2004.

3. The parties cannot agree on whether the matter should be remanded back to State Superior Court.

4. Attorney Kerman stated that he would not oppose a remand if plaintiff would stipulate that she cannot recover more than Seventy Five Thousand Dollars ($75,000.00).

5. Court intervention is necessary on this case.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 2I DAY OF MAY 2004.**

_Simon Dixon_
Simon Dixon, Esq.

5