FILED
IN CLERKS OFFICE

2004 JUN -2 A II: 24

COMMONWEALTH OF MASSACHUSETTS DISTRICT COURT
DISTRICT OF MASS

SUFFOLK, SS.                              SUPERIOR COURT DEPARMENT
                                          DOCKET #: 04-097A

                                          04-10805-RCL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
ALICIA ALLEN,                     *
PLAINTIFF                         *
                                  *
VS.                               *
                                  *
SUNBRIDGE HEALTHCARE              *
CORPORATION,                      *
DEFENDANT                         *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF CHANGE OF ADDRESS

NOW comes the instant plaintiff and hereby notifies the court of counsel's change of address:

*DIXON & ASSOCIATES*
*439 SOUTH UNION STREET*
*BUILDING #2, SUITE 202*
*SOUTH LAWRENCE, MA  01843*
*978-794-1623*

Date: 6/1/04

Respectfully submitted,
Plaintiffs through counsel,

Simon Dixon, Esq.
DIXON & ASSOCIATES
439 South Union Street
Building #2, Suite 202
South Lawrence, MA  01843
(978) 794-1623
BBO#:  546343

## CERTIFICATE OF SERVICE

I, Simon Dixon, as an attorney of record for the plaintiffs do hereby say and depose that I mailed a copy of the foregoing: *CHANGE OF ADDRESS* by mailing the same to attorney of record for the defendant to wit:

*David J. Kerman, Esq.*
*Jackson/Lewis*
*75 Park Plaza*
*Boston, MA 02116*

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS _1_ DAY OF JUNE 2004.**

_____
Simon Dixon, Esq.

# DIXON & ASSOCIATES

ATTORNEYS
HERITAGE PLACE
439 SOUTH UNION STREET
BUILDING #2, SUITE 202
S. LAWRENCE, MASSACHUSETTS 01843

FILED
IN CLERKS OFFICE

2004 JUN -2 A 11: 24

U.S. DISTRICT COURT
DISTRICT OF MASS

(978) 794-1623
(978) 794-1624

June 1, 2004

(978) 685-9145
FAX (978) 682-5556

Simon Dixon, Esq.
Peter Callahan, Esq.

Yvonne Maldonado
Office Manager

ATTN: Lisa M. Hourihan
United States District Court for
The District of Massachusetts
John Joseph Moakley
U.S. Courthouse
One Courthouse Way
Boston, MA 02210

**RE: ALICIA ALLEN VS. SUNBRIDGE HEALTHCARE CORP.,
DOCKET#: 04-10805-RCL**

Dear Ms. Hourihan:

Enclosed kindly find a Change of address for Plaintiff's counsel in the above-referenced case.

Very truly yours,

Simon Dixon, Esq.

SD/mm
**Enclosures**

cc: David Kerman, Esq.