UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET#: 04-10805-RCL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| ALICIA ALLEN, | \* |
| PLAINTIFF | \* |
| | \* |
| VS. | \* |
| | \* |
| SUNBRIDGE HEALTHCARE | \* |
| CORPORATION, | \* |
| DEFENDANT | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFF'S SETTLEMENT PROPOSAL IN ACCORDANCE WITH SCHEDULING CONFERENCE

NOW comes the plaintiff hereby presenting a written settlement proposal to the defendants, Sunbridge Healthcare Corporation, to resolve the above-referenced matter. Plaintiff requests the amount of Sixty Thousand Dollars ($60,000.00) to resolve this matter short of trial.

Respectfully submitted,
Plaintiff through counsel,

Date: 6/9/04

Simon Dixon, Esq.
DIXON & ASSOCIATES
439 South Union Street
Building #2, Suite 202
So. Lawrence, MA 01843
(978) 794-1623
BBO#: 546343

## CERTIFICATE OF SERVICE

I, Simon Dixon, as an attorney of record for the plaintiff do hereby say and depose that I mailed a copy of the foregoing: *NOTICE OF CHANGE OF ADDRESS and SETTLEMENT PROPOSAL IN CONFORMANCE WITH SCHEDULING CONFERENCE* by mailing the same to attorney of record for the defendant to wit:

*David J. Kerman, Esq.*
*Jackson/Lewis*
*75 Park Plaza*
*Boston, MA  02116*

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS ___ DAY OF JUNE 2004.**

_____
Simon Dixon, Esq.