UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action #: 04-10805-RCL

```
********************************
ALICIA ALLEN,                  *
PLAINTIFF                      *
                               *
VS.                            *
                               *
SUNBRIDGE HEALTHCARE           *
CORPORATION,                   *
DEFENDANT                      *
********************************
```

## PLAINTIFF'S LOCAL RULE 16.1 CERTIFICATION

Plaintiff Alicia Allen and counsel, in accordance with Rule 16.1(d)(3) of the Local Rules of the United States Court for the District of Massachusetts hereby certify that they have conferred:

a) with a view to establishing a budge for the cost of conducting the full course – and various alternative courses – of this litigation; and

b) to consider the resolution of this case through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Alicia Allen through counsel,

_____          _____
Alicia Allen                     Simon Dixon, Esq.
                                 DIXON & ASSOCIATES
                                 439 South Union Street
                                 Building #2, Suite 202
                                 So. Lawrence, MA 01843
                                 (978) 794-1623
                                 BBO#: 546343

Dated: 6/10/04

## CERTIFICATE OF SERVICE

I, Simon Dixon, as an attorney of record for the plaintiff do hereby say and depose that I mailed a copy of the foregoing: **PLAINTIFF'S LOCAL RULE 16.1 CERTIFICATION** by mailing the same to attorney of record for the defendant to wit:

*Kavita M. Goyal, Esq..*
*JACKSON LEWIS LLP*
*75 Park Plaza, 4th Floor*
*Boston, MA  02116*

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY
THIS 10 DAY OF JUNE 2004.**

_____
Simon Dixon, Esquire