**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 10 P 1: 20

U.S. DISTRICT COURT
DISTRICT OF MASS

---

ALICIA ALLEN,
      Plaintiff,

v.

SUNBRIDGE HEALTHCARE CORPORATION,
      Defendant.

Civil Action No. 04-10805-RCL

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Alicia Allen, and Defendant, SunBridge Healthcare Corporation, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that this action shall be and hereby is dismissed with prejudice and without costs or attorneys' fees to either party.

Respectfully submitted,

| | |
|---|---|
| ALLICIA ALLEN,<br>By her Attorney, | SUNBRIDGE HEALTHCARE CORPORATION<br>By its attorneys, |
| _____<br>Simon Dixon (BBO #546343)<br>Dixon & Associates<br>439 South Union Street<br>Building #2, Suite 202<br>South Lawrence, MA 01843<br>(978) 794-1623 | _____<br>David J. Kerman (BBO# 269370)<br>Kavita M. Goyal (BBO #654013)<br>JACKSON LEWIS LLP<br>75 Park Plaza, 4th Floor<br>Boston, MA 02116<br>(617) 367-0025 |
| Dated: 1-27-05 | Dated: 2/09/05 |